## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00130-RPM-PAC

DANA GOODMAN,

      Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own attorney's fees and costs.

DATED: March 20th, 2007

                BY THE COURT:

                s/Richard P. Matsch
                _____
                U.S. DISTRICT JUDGE